■ CATHY A. RIPTON, Individually and as Parent and Natural Guardian of SHANE M. RUSSELL, an Infant, Respondent, v JANE GRACIE et al., Appellants, et al., Defendants. [698 NYS2d 208] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the motions of defendants Jane Gracie and Beverly Dries for summary judgment dismissing the complaint against them. Plaintiff Cathy A. Ripton's 14-year-old son was injured while operating a moped owned by Dries that collided with a motor vehicle driven by Gracie. With respect to Dries, the complaint alleges the negligent entrustment of a dangerous instrument. Dries failed to establish as a matter of law that the moped is not a dangerous instrument (*see, Alessi v Alessi*, 103 AD2d 1023, 1023-1024), and there is a further issue of fact whether she was, or should have been, aware of its use by her children's friends (*see, Paladino v Isasi*, 123 AD2d 379, 381). With respect to Gracie, the complaint alleges the negligent operation of a motor vehicle, and there is a triable issue of fact whether the emergency doctrine applies (*see, Rivera v New York City Tr. Auth.*, 77 NY2d 322, 327, *rearg denied* 77 NY2d 990). (Appeals from Order of Supreme Court, Genesee County, Dillon, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Hayes, Wisner and Scudder, JJ.